COMMONWEALTH of Pennsylvania,
Appellant

v.

OSRAM SYLVANIA, INC., Appellee.

Supreme Court of Pennsylvania.

Dec. 22, 2004.

### ORDER

PER CURIAM.

AND NOW, this 22nd day of December, 2004, based on our *per curiam* affirmance of *Canteen Corp. v. Commonwealth*, 818 A.2d 594 (Pa.Cmwlth.2003), *affirmed* 578 Pa. 504, 854 A.2d 440 (2004), and because this case relies heavily on its reasoning and is factually indistinguishable, the *en banc* decision of the Commonwealth Court is hereby affirmed.

James R. GELET, Respondent,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.

Supreme Court of Pennsylvania.

Dec. 28, 2004.

### ORDER

PER CURIAM.

AND NOW, this 28th day of December 2004, we **GRANT** the Petition for Allowance of Appeal and we **REVERSE** the Order of the Commonwealth Court based on our decision in *Siekierda v. Commonwealth of Pennsylvania, Department of Transportation, Bureau of Driver Licensing,* —— Pa. ——, 860 A.2d 76 (2004), 172 MAP 2002.

Jane GRAHAM

v.

WORKERS' COMPENSATION APPEAL BOARD (MAYVIEW STATE HOSPITAL)

Petition of Mayview State Hospital.

Supreme Court of Pennsylvania.

Dec. 29, 2004.

### ORDER

PER CURIAM.

AND NOW, this 29th day of December, 2004, the Petition for Allowance of Appeal is **GRANTED,** and the order of the Commonwealth Court is **REVERSED,** pursuant to *Eidem v. WCAB,* 560 Pa. 439, 746 A.2d 101 (2000). Jurisdiction relinquished.